People v Minemier (2025 NY Slip Op 07240)

People v Minemier

2025 NY Slip Op 07240

Decided on December 23, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 23, 2025

PRESENT: WHALEN, P.J., LINDLEY, BANNISTER, DELCONTE, AND HANNAH, JJ. (Filed Dec. 23, 2025.) 

MOTION NOS. (1453-1454/14 and 1366/15) KA 12-00210 and KA 13-

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
KEVIN M. MINEMIER, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied and other relief dismissed.